MAY S. ROSEN, Appellant, *v.* NEW YORK CITY TEACHERS' RETIREMENT BOARD et al., Respondents.

Argued October 13, 1953; decided November 20, 1953.

*Benjamin M. Zelman* for appellant.

*Denis M. Hurley, Corporation Counsel (Helen R. Cassidy, Seymour B. Quel, Edward J. McLaughlin* and *Blossom Graubard* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.